UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendants. | Case No.: 1:14-cv-01587 - ---- - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR HER FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

    Plaintiff Lynne Wright is proceeding *pro se* in this action against Defendant Specialized Loan Servicing, LLC.  On October 16, 2014, the Court determined Plaintiff failed to allege facts sufficient to support her claims for invasion of privacy, negligence, or a violation of the Fair Credit Reporting Act.  However, Plaintiff stated a cognizable claim for a violation of Section 1692g(b) of the Fair Debt Collection Practices Act. (Doc. 3.)  Therefore, the Court ordered Plaintiff to either file a First Amended Complaint or to notify the Court of her willingness to proceed only on her cognizable claim.  (*Id.* at 9.)  Plaintiff was directed to respond to the Court's order within twenty-one days of the date of service, or no later than November 6, 2014.  To date, Plaintiff has failed to comply with or otherwise respond to the Court's order.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have

inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for her failure to prosecute and failure comply with the Court's order or, in the alternative, to file an amended complaint.

IT IS SO ORDERED.

Dated:   **November 12, 2014**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE