UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE L. WRIGHT, | 1:14-cv-1587-LJO-JLT |
| Plaintiff, | ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 6) |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, | |
| Defendant. | |

On December 5, 2014, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 6 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint against Defendant Specialized Loan Servicing, LLC.

Based on Plaintiff's notice of voluntary dismissal and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

SO ORDERED
Dated: December 8, 2014

                                              /s/ Lawrence J. O'Neill
                                              United States District Judge

1